# In the United States Court of Federal Claims

No. 20-1385
Filed: February 17, 2021

---

**COLONNA'S SHIPYARD, INC.,**

*Plaintiff,*

v.

**UNITED STATES,**

*Defendant.*

---

## ORDER

For the reasons provided in the memorandum opinion filed concurrently with this Order, the defendant's motion to dismiss Count II of the complaint insofar as it raises a claim based on an implied contract of fair dealing is **GRANTED**, and the defendant's motion for judgment on the administrative record is **GRANTED**. The plaintiff's cross-motion for judgment on the administrative record is **DENIED**.

The parties shall meet and confer and file a joint status report proposing redactions to the memorandum opinion by **March 5, 2021** to allow the Court to file a public version of the opinion.

The Clerk is **DIRECTED** to enter judgment for the defendant. No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**